**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 02-6126**

────────────

JESSIE BENJAMIN KINDLEY, SR.,

Plaintiff - Appellant,

versus

RON ANGLEONE, Executive Director, Department
of Corrections; F. W. GREEN, Senior Warden;
QUINNON L. DANIELS, #293619-Inmate; GERST,
Counselor Senior; J. MOORE, Operations
Officer; R. E. MATHENA, Assistant Warden of
Operations; R. L. EARLY, Chief of Security,

Defendants - Appellees.

────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-01-749-2)

────────────

Submitted: May 16, 2002          Decided: May 23, 2002

────────────

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Jessie Benjamin Kindley, Sr., Appellant Pro Se.

────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jessie Benjamin Kindley, Sr., appeals the district court's order denying his motion to refile his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kindley v. Angelone, No. CA-01-749-2 (E.D. Va. filed Dec. 17, 2001; entered Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED